THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY RANKIN, against HERMAN J. RUTHAZER, as Warden of City Prison of City of New York, Borough of Manhattan.— Motion for leave to appeal to the Court of Appeals granted and temporary stay granted of all proceedings to enforce the order in question and bail continued pending the determination of said appeal. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See *ante*, p. 762.]

In the Matter of 184 REALTY CORPORATION, Respondent. NATIONAL UNIFORM COMPANY, INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1106.]

## (May 25, 1951.)

### (Republish.)

CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Plaintiff, v. DIRECTORATE GENERAL OF POSTAL REMITTANCES & SAVINGS BANK et al., Appellants; T. Y. Ho et al., Respondents, et al., Defendants.— Order unanimously modified so as to refer to a referee, to hear and to report to Special Term, on the status of the bank and authority of counsel and legal representation. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 820; *post*, p. 935.]

## (May 29, 1951.)

POLSTEIN MASONRY CORPORATION, Respondent, v. CAULDWELL-WINGATE COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

BEATRICE T. GANZ, as Executrix of GABRIEL GANZ, Deceased, Appellant, v. ASSOCIATED LACE CORPORATION et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

ELMER H. CARLTON, Doing Business under the Name of MANUFACTURERS CHEMICAL Co., Appellant, v. CHARLES L. READ & Co. INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE ODDO, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.